UNITED STATES BANKRUPTY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.: 3:09-bk-07673-JAF

In Re:

MICHAEL D. MATRANGOS
SANDRA MATRANGOS,

      Debtors.
_____/

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

The United States Department of Education, a Creditor in this action, hereby seeks entry of an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. As grounds for this request, the Department of Education states as follows:

1. Sallie Mae, on behalf of the Department of Education, is a creditor in the above-captioned bankruptcy case and on whose behalf funds were deposited.

2. The Department of Education has a right to claim said funds due to the following: The debtor filed for Chapter 13 bankruptcy and the Trustee made payments to the Court for the debtor's student loan obligations totaling $3,895.42. The U.S. Department of Education has not received these payments, now held by the Court. The U.S. Department of Education is entitled to these payments.

3. The Claimant's information is as follows:

Name of Claimant: <u>United States Department of Education</u>

Mailing Address: <u>P.O. Box 740351</u>

City: <u>Atlanta</u>   State: <u>GA</u>   Zip Code: <u>30374-0351</u>

Telephone Number: <u>415-486-5562</u>

Amount of Proof of Claim: <u>$3,895.42</u>

Amount of Unclaimed Funds Requested: <u>$3,895.42</u>

    I, <u>Joshua Schieber</u>, pursuant to 28 U.S.C. § 1746(2), certify that the above statements and any attachments to this Motion are true and correct to the best of my knowledge and belief based on official information provided to me from official sources at my request while acting in the course and scope of my official duties.

Dated: <u>March 7, 2016</u>   Name:   *[signature]*

                                  <u>Joshua Schieber</u>

               Title:   <u>Loan Analyst, U.S. Department of Education</u>

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of March, 2016, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants including, but not limited to, the following:

        Lisa C. Cohen, Esquire
        Ruff & Cohen, PA
        4010 Newberry Road, Suite G
        Gainesville, FL 32607

        Douglas W. Neway
        Chapter 13 Trustee
        P.O. Box 4308
        Jacksonville, FL 32201

        */s/ Ronnie S. Carter*
        RONNIE S. CARTER
        Assistant United States Attorney